UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

DESTRY WHITE                                                                                              PLAINTIFF

v.                                                                                   CIVIL ACTION NO. 3:12CV-628-S

MBI, INC.                                                                                                DEFENDANT

## JUDGMENT

The court having entered a Memorandum Opinion and Order this date granting the unopposed motion of defendant MBI, Inc. to dismiss, **IT IS HEREBY ORDERED** that **JUDGMENT** is entered in this action as follows:

(1) Judgment is entered in favor of the defendant, MBI, Inc. on its motion to dismiss the action.

(2) The action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

(3) There being no just reason for delay in its entry, this shall constitute the final judgment of the court.

**IT IS SO ORDERED.**

January 27, 2014

Charles R. Simpson III, Senior Judge
United States District Court